IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NOELLE BOLIN,

    Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

    Defendant.

Case No. 20-cv-348-jdp

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul, Commissioner of Social Security against plaintiff Noelle Bolin affirming the Commissioner's decision and dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | 2/16/2021 |
| Peter Oppeneer, Clerk of Court | Date |